UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-257 |
| RONALD THOMPSON, JR. | SECTION "C" |

ORDER AND REASONS

This matter comes before the Court on motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and this Court's equitable power filed by Ronald Thompson, Jr. ("Thompson"). Having considered the record, the memoranda of counsel and the law, the Court has determined that the motion should be denied for the following reasons.

The defendant seeks a reduction in his sentence imposed in September 2008 based on the amendments to the sentencing guidelines pertaining to crack cocaine guidelines enacted in November 2007. The motion fails for two reasons. First, the defendant was sentenced under those amended guidelines. Second, the defendant was sentenced pursuant to Fed. R. Crim. P. 11(c)(1)(C ), thereby avoiding a much more severe sentence.

In addition, even if the Court had discretion to reduce the defendant's sentence, it would not. Instead, it finds no reason in equity to impose a lesser sentence.

Accordingly,

IT IS ORDERED that the motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and this Court's equitable power filed by Ronald Thompson, Jr. is DENIED. Rec. Doc. 139.

New Orleans, Louisiana, this 27th day of April, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE