MINUTE ENTRY
KNOWLES, M.J.
OCTOBER 17, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 05-257 |
| RONALD THOMPSON | SECTION " **L**" |

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES: X  DEFENDANT WITH/WITHOUT COUNSEL
      X  ASSISTANT U.S. ATTORNEY  WILLIAM J. QUINLAN  *James Baehr*
      X  PROBATION OFFICER   MARY HEALEY   *for*
      ___  INTERPRETER   SWORN
      (TIME: _____ .M  to _____ .M)

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ/~~SUMMARIZED~~ WAIVED

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

_____
_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
_X_/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
     *October 18, 2017 at 2:00 pm*
_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
     *October 31, 2017 at 2:00 PM*
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
     *October 18, 2017 at 2:00 pm*
**_X_/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET**
    **BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: *04*